NOTICE

DATE: February 21, 2013

TO: Lelia Vincent and Patrick Vincent        Unknown Occupants
                          
IL                                            IL

Dear Lelia Vincent, Patrick Vincent and Unknown Occupants:

This is your notice that there is due to the Board of Managers of Rivercrest Meadows Condominium, Inc. the sum of $1,153.87 for your proportionate share of the expenses of administration, maintenance, and repair on the common elements and/or any outstanding fines and the costs, expenses and attorneys' fees claimed under the Declaration for collection as itemized in Exhibit "A" attached hereto for the premises situated in _____ IL, County of Cook, commonly known as:

 IL

This is your notice that if you notify this office within 30 days of receipt of this document that you dispute the validity of the debt or any portion thereof, we will obtain a verification of the debt and a copy of the verification will be mailed to you. After 30 days, if we do not receive a request from you, we will assume this debt is valid and proceed to collect the amount the association claims you owe. As provided in your Declaration, all legal fees and costs incurred by the association to collect your debt will be added to your account.

This is your Notice that payment in full of the amount stated above is demanded of you, and that unless payment of the full amount is made on or before the expiration of thirty (30) days after receipt of this Notice, your right to possession of the premises will be terminated. You must pay the full amount noted, and mail to the law firm of Chuhak & Tecson, P.C., 30 S. Wacker Drive, Suite 2600, Chicago, Illinois 60606, (312) 201-3449. <u>Only full payment of all amounts demanded in this notice will invalidate the demand, unless Rivercrest Meadows Condominium, Inc. or its agent and attorney, Chuhak & Tecson, P.C., agree in writing to withdraw the demand in exchange for receiving partial payment.</u> Payment to or through any other than Chuhak & Tecson, P.C., or payment of less than the full amount due and owing, is not permitted and will not terminate this action or the suit to terminate your possession of the unit identified above. Only a cashier's check, certified check or money order payable to Rivercrest Meadows Condominium, Inc. will be accepted.

**THIS NOTICE TO YOU IS AN ATTEMPT TO COLLECT A DEBT UNDER THE FAIR DEBT COLLECTION PRACTICES ACT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

                                        Board of Managers of
                                        Rivercrest Meadows Condominium, Inc.

                                        BY: _____David Hensley_____
                                                 Its Attorney

PROOF OF SERVICE

The undersigned, being first duly sworn on oath, deposes and says that a copy of the foregoing was served by enclosing the same in an envelope addressed to the above noted party at the address noted, and deposited same in the U.S. Mail at Chicago, Illinois by regular and certified mail, before 5:30 p.m. on the date noted above, with proper postage.

                                        _____David Hensley_____

cc: Regular Mail
    Rivercrest Meadows Condominium, Inc.

EXHIBIT A