## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Vincent, et al. | ) | |
| | ) | Case No: 13 C 5625 |
| | ) | |
| v. | ) | |
| | ) | Judge: John F. Grady |
| Chuhak & Tecson, P.C. | ) | |
| | ) | |
| | ) | |

## **ORDER**

The defendant's unopposed motion to reassign case 13C7458 (currently assigned to Judge Leinenweber) for relatedness [19] is granted.

Date:   December 18, 2013                  /s/ Judge John F. Grady