## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Lelia Vincent, et al.
                                  Plaintiff,

v.                                                     Case No.: 1:13−cv−05625
                                                            Honorable John F. Grady

Chuhak & Tecson, P.C.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2014:

      MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held on 8/14/2014. Joint motion for preliminary approval of class action settlement agreement [41] is granted. Plaintiffs' amended motion for class certification [27] is denied as moot. Final fairness hearing set for 11/24/14 at 8:30 a.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.