IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lelia Vincent, Patrick Vincent, Michelle Lockett, in her own right and as next friend to Sebastian Lorenzo, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br>　v.<br><br>Chuhak & Tecson, P.C., an Illinois corporation,<br><br>　　　　Defendant. | No.　13 C 5625<br><br>Judge St. Eve |

**ORDER GRANTING**
**PRELIMINARY APPROVAL OF SETTLEMENT**

This cause comes before the Court on the Joint Motion of Plaintiffs, Leila Vincent, Patrick Vincent, Michelle Lockett and Sebastian Lorenzo, and Defendant Chuhak & Tecson (the "Defendant"), for Preliminary Approval of the Class Action Settlement Agreement, due notice having been given, and the Court being fully advised in the premises:

THE COURT HEREBY FINDS THAT:

　　1.　　The parties have entered into a Class Action Settlement Agreement ("Agreement") dated July 28, 2014.

　　2.　　The Agreement has been submitted to the Court for preliminary approval pursuant to Fed. R. Civ. P. 23.

　　3.　　The Amended Complaint in this action alleges that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA").

4. Defendant denies that it has any liability to Plaintiffs or the Class whatsoever, and further denies that its actions violated the FDCPA in any manner.

5. The Amended Complaint sought recovery of statutory damages pursuant to § 1692k of the FDCPA. Under § 1692k, the maximum statutory damages recoverable by the Plaintiffs is $1,000 per Plaintiff, and the maximum statutory damages recoverable by the Class against Defendant is the lesser of 1% of their net worth up to a maximum of $500,000. In this case, Defendant's net worth would not result in a distribution to the Class.

6. The Agreement calls for payment of: $1,000 to each of the Plaintiffs, $10,000 to the Class, to be distributed pro-rata to each of the approximately 323 class member who submits a claim form, and modification of the form of the collection letter at issue. The Court finds these amounts to be fair, adequate and reasonable for the following reasons, among others, Plaintiffs and the Class are receiving, and Defendant is paying, an adequate amount of statutory damages under the FDCPA. Moreover, Defendant has agreed to modify the collection practice at issue.

7. This Court hereby finds that the elements of Fed.R.Civ.P. 23 (a) and (b)(3) are satisfied for purposes of a settlement class, and hereby certifies a Class in this matter, pursuant to Fed.R.Civ.P. 23(b)(3), all persons with an Illinois address to whom Defendant sent a notice in the form represented by Exhibits <u>A</u> and <u>B</u> to the Complaint in an attempt to collect a delinquent consumer debt allegedly owed for condominium fees on or after August 7, 2012 and on or before November 6, 2013 where the address and the property address are the same.

Moreover, Leila Vincent, Patrick Vincent, Michelle Lockett and Sebastian Lorenzo are appointed as representatives of the Class and their attorneys, David J.

Philipps, Mary E. Philipps and Angie K. Robertson of Philipps & Philipps, Ltd., and Daniel A. Edelman and Michelle R. Teggelaar of Edelman, Combs, Latturner & Goodwin, LLC, are appointed as Class Counsel.

8. Class Counsel shall send out the Class Notice and distribute the settlement fund. Class Counsel shall submit a motion, containing their time records, requesting an award from this Court of $50,000 for their reasonable attorneys' fees and costs in this matter, and $1,000 for the costs of class notice, claims administration and settlement distribution. Plaintiffs and the Class are entitled to recover their reasonable attorneys' fees and costs as provided for by § 1692k(a)(3 of the FDCPA.

9. The Court hereby approves the sending by Class Counsel, within 14 days of this Order, the Class Notice in the form attached as Exhibit 2 to the Joint Motion to the Settlement Agreement to each Class Member at their last known address.

10. The Court finds that the settlement negotiations were conducted at arms-length and in good faith among all parties and preliminarily finds that the terms of the Settlement Agreement are fair, reasonable and adequate to Plaintiffs and all members of the Class. In addition to the other facts stated herein, the Court finds the Settlement Agreement to be particularly fair, adequate and reasonable in light of the risk of establishing liability and the expense of further litigation.

IT IS HEREBY ORDERED THAT:

1. The above class is certified, pursuant to Fed.R.Civ.P. 23(b)(3) consisting of all persons with an Illinois address to whom Defendant sent a notice in the form represented by Exhibits A and B to the Complaint in an attempt to collect a delinquent consumer debt allegedly owed for condominium fees on or after August 7,

2012 and on or before November 6, 2013 where the address and the property address are the same.

Lelia Vincent, Patrick Vincent, Michelle Lockett and Sebastian A. Lorenzo appointed as representative of the Class, and their attorneys, David J. Philipps, Mary E. Philipps and Angie K. Robertson of Philipps & Philipps, Ltd., and Daniel A. Edelman and Michelle R. Teggelaar of Edelman, Combs, Latturner & Goodwin, LLC, are appointed as Counsel for the Class.

2.  The Settlement Agreement, dated July 31, 2014, is hereby granted preliminary approval.

3.  Class Counsel shall send out the Class Notice to each Class Member by August 28, 2014.

4.  Defendant, pursuant to 28 U.S.C. § 1715 of the Class Action Fairness Act, shall notify the appropriate Federal and State regulatory authorities of this proposed Settlement, within 10 days of the filing of the motion for preliminary approval the Settlement Agreement, and shall file with the Court verification of Defendant's compliance with 28 U.S.C. § 1715(b).

5.  Notice, in the form attached as Exhibit 2 to the Joint Motion, shall be sent by Class Counsel, to all Class Members at their last known addresses who shall have until October 31, 2014, to return their claim forms, opt-out, or present any objections to the settlement. No skip tracing of Class Members whose Class Notices are returned is necessary. The parties shall present the Settlement for final approval on November 24, 2014, at 8:30 a.m., before Judge St. Eve, in Courtroom 1241.

   6.  Plaintiffs' amended motion for class certification [Dkt. 27] is denied as moot.

*[signature]*
Judge Amy J. St. Eve,
United States District Court

DATED: August 14, 2014